583 A.2d 325

NEW JERSEY EDUCATIONAL FACILITIES AUTHORITY v. THE CONDITIONING COMPANY AND CERAMI CONSTRUCTION COMPANY AND THE GRUZEN PARTNERSHIP v. TUREK ASSOCIATES v. DIVISION OF BUILDING AND CONSTRUCTION.

February 20, 1990.

Petition for certification granted. (See 237 *N.J.Super.* 310, 567 *A.*2d 1013)

583 A.2d 325

JOSEPH GARAVENTI v. BOARD OF REVIEW.

February 20, 1990.

Petition for certification denied.

583 A.2d 325

BLANE NORDAHL v. NEW JERSEY STATE PAROLE BOARD.

February 20, 1990.

Petition for certification denied.

583 A.2d 325

IN THE MATTER OF NJ TRANSIT BUS OPERATIONS, INC., NEW JERSEY TRANSIT CORPORATION AND AMALGAMATED TRANSIT UNION, NEW JERSEY COUNCIL; NJ TRANSIT MERCER, INC., NEW JERSEY TRANSIT CORPORATION AND UNITED TRANSPORTATION UNION 33 (PATERSON AND WARWICK DIVS.); NJ TRANSIT BUS OPERATIONS, NEW JERSEY TRANSIT CORPORATION AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 225.

February 20, 1990.

Petition for certification granted. (See 233 *N.J.Super.* 173, 558 *A.*2d 483)